# United States Court of Appeals for the Federal Circuit

---

July 11, 2016

**ERRATUM**

---

Appeal Nos. 2015-5111, 2015-5112, 2015-5135, 2015-5143

**PER AARSLEFF A/S,**
*Plaintiff-Appellee*

**COPENHAGEN ARCTIC A/S, GREENLAND CONTRACTORS I/S,**
*Plaintiffs-Cross-Appellants*

**v.**

**UNITED STATES, EXELIS SERVICES A/S,**
*Defendants-Appellants*

Decided: June 23, 2016
Precedential Opinion

---

Please note the following change:

On the coversheet, attorney information section, replace the sentence:

CAROLINE A. KELLER, Jenner & Block LLP, Washington, DC.

with the following sentence:

Caroline A. Keller, Vedder Price P.C., Washington, DC.